IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CRIMINAL NO. 26-1857 smo |
| | ) |
| vs. | ) Counts 1 and 12: 18 U.S.C. § 371: |
| | ) Conspiracy; |
| DANIAL ADAIR, | ) |
| DANIEL NICOLDS, and | ) Counts 2-6: 18 U.S.C. § 1343: Wire |
| LARY NICOLDS, | ) Fraud; and 18 U.S.C. § 2: Aiding and |
| | ) Abetting; |
| Defendants. | ) |
| | ) Counts 7-11: 16 U.S.C. §§ 3372(a)(1), |
| | ) 3372(c), 3373(d)(1)(B): Lacey Act; and |
| | ) 18 U.S.C. § 2: Aiding and Abetting. |

AZ NO. 26-3169MJ (handwritten)

## INDICTMENT

The Grand Jury charges:

### Introduction

At all times material to this Indictment:

1. The New Mexico Department of Game and Fish (NMDGF) is the state agency that regulates hunting and fishing in New Mexico. New Mexico, like many states, distributes the right to harvest species of big-game animals through an annual, computerized lottery known as a "draw." The draw gives preference to New Mexico residents over hunters from out of state. Hunters who are successful in the draw are awarded a "tag," which, in conjunction with a valid hunting license, allows the hunter to harvest a particular big-game animal, such as an elk, during a designated period of time, in a particular area (a "hunting unit"), while using a specified hunting method, such as rifle, archery, or muzzleloader.

2. To participate in a draw, a hunter must enter personal identifying information in the NMDGF website and must pay hunting-license and tag fees. NMDGF refunds a portion of

the fees to those who are unsuccessful in the draw. Drawn tags may be transferred to another hunter only in the case of medical impairment or military deployment and with the written permission of the Director of NMDGF. Drawn tags may not be sold under any circumstance.

3.      To request the medical transfer of a tag, the hunter who drew the tag must provide to NMDGF a written request to transfer the tag and obtain a doctor's note explaining the medical problem necessitating the transfer. The hunter who receives the transferred tag must sign and submit a transfer agreement to NMDGF.

4.      In addition to drawn tags, NMDGF issues "landowner tags" to ranchers to compensate them for depredation caused by game animals and to encourage them to manage their land in a manner that is beneficial to wildlife. Unlike drawn tags, landowner tags may be sold. Out-of-state hunters seeking to hunt elk in New Mexico commonly purchase landowner tags, often from an outfitter or tag broker.

5.      Big Horn Outfitters, LLC ("BHO") was a big-game outfitting and guiding service based in Luna, New Mexico. BHO procured and sold New Mexico elk tags to hunters from around the country and guided them on elk hunts in hunting units in the Gila National Forest in western New Mexico, a premier elk hunting locale.

6.      DANIAL ADAIR ("ADAIR") was a part-owner, operator, and hunting guide for BHO.

7.      DANIEL NICOLDS was a part-owner, operator, and hunting guide for BHO.

8.      LARY NICOLDS assisted in the business of BHO and guided for BHO.

### Count 1

9.      Beginning in or about 2019 and continuing through in or about 2022, in the District of New Mexico and elsewhere, the defendants, **DANIAL ADAIR, DANIEL NICOLDS,** and **LARY NICOLDS,** did knowingly combine, conspire, confederate, agree, and

2

acted interdependently with one another and with others known and unknown to the Grand Jury, to commit offenses against the United States, namely:

a. Wire Fraud, in violation of Title 18, United States Code, Section 1343; and

b. Violation of the Lacey Act, Title 16, United States Code, Sections 3372(a)(1), 3372(c) and 3373(d)(1)(B).

<u>**Manner and Means of the Conspiracy**</u>

It was part of the conspiracy that:

10.    Operating as BHO, ADAIR, DANIEL NICOLDS and LARY NICOLDS engaged in a scheme to fraudulently obtain, sell, and transfer elk tags from the annual NMDGF draw for in-state residents to out-of-state hunters and charge the out-of-state hunters outfitting fees for guiding them on hunts using the invalid tags.

11.    In 2019, ADAIR sold a New Mexico elk tag drawn by his father to an out-of-state hunter. ADAIR submitted fraudulent documents to NMDGF requesting a medical transfer of the tag to the out-of-state hunter. BHO guided the hunter on the elk hunt, collecting outfitting fees and payment for the tag.

12.    In 2020, ADAIR sold his own drawn New Mexico elk tag to an out-of-state hunter. ADAIR submitted fraudulent documents to NMDGF requesting a medical transfer of the tag. BHO guided the hunter on the elk hunt, collecting outfitting fees and payment for the tag.

13.    In 2020, ADAIR and DANIEL NICOLDS sold an elk tag that was drawn by one of their clients, who was since deceased, to another out-of-state hunter. To accomplish the medical transfer of the tag, ADAIR and DANIEL NICOLDS caused false documentation to be submitted to NMDGF. BHO guided the hunter on the elk hunt, collecting outfitting fees and payment for the tag.

3

14.    In 2020 and 2021, ADAIR, DANIEL NICOLDS and LARY NICOLDS caused numerous fictious hunter accounts to be created on the NMDGF website. They caused fabricated identifying information for the fake hunters to be uploaded to the NMDGF website and caused fees to be paid for the fake hunters to participate in the 2020 and 2021 in-state resident draws for New Mexico elk tags. The fake hunters drew a substantial portion of the elk tags for some of the most sought-after elk hunting units in the country.

15.    ADAIR, DANIEL NICOLDS and LARY NICOLDS caused NMDGF to transfer the tags that were drawn by the fictitious hunters to out-of-state hunters who were BHO clients, based on false claims of medical impairment by the fictitious hunters. To accomplish the transfers, ADAIR, DANIEL NICOLDS and LARY NICOLDS caused to be submitted to NMDGF fake doctor's notes, fake transfer requests, and fraudulent NMDGF transfer agreements allegedly signed by their BHO clients. ADAIR, DANIEL NICOLDS and LARY NICOLDS created email accounts for some of the fictitious hunters that were used to communicate with NMDGF to request the medical transfers and to submit the fraudulent documentation supporting the transfers.

16.    ADAIR, DANIEL NICOLDS and LARY NICOLDS caused the fraudulently drawn and transferred tags to be sold to BHO clients, who were typically told they were buying a valid landowner tag. They charged the out-of-state hunters outfitting fees for guiding them on hunts using the invalid tags. The successful hunters transported the elk they harvested in New Mexico, while hunting with the fraudulently obtained and invalid tags, to locations around the United States.

17.    ADAIR, DANIEL NICOLDS and LARY NICOLDS took steps to hide their involvement in the scheme. They caused prepaid debit cards to be used to pay the fees for the fictitious hunters to participate in the NMDGF draw. They caused a computer at a public library

4

that was not linked to them personally to be used to create the fictitious hunter accounts on the NMDGF website. They caused email addresses not registered to them to be used to communicate with NMDFG about draw results or transfer requests. And ADAIR and DANIEL NICOLDS substantially underreported the income generated by the scheme on federal partnership and individual income tax returns.

18.     The prepaid debit cards, which ADAIR, DANIEL NICOLDS, and LARY NICOLDS caused to be used to pay the license and tag fees for the fictitious hunters, received refunds from NMDGF when a fictious hunter was not successful in the draw. As part of his share of the proceeds of the scheme, LARY NICOLDS retained the debit cards and used them to pay for his personal expenses, including but not limited to physical therapy, clothing rental, debts owed to a friend, Amazon purchases, loan payments, Apple.com fees, and purchases of on-line pornography.

<u>**Overt Acts of the Conspiracy**</u>

In furtherance of the conspiracy and to achieve the objects thereof, at least one of the co-conspirators committed or caused to be committed, in the District of New Mexico and elsewhere, at least one of the following overt acts, among others:

**Overt Acts in 2019**

19.     On or about August 2, 2019, DANIEL NICOLDS texted TS, "Call me. I have a line on an archery hunt."

20.     On or about August 3, 2019, DANIEL NICOLDS texted TS an offer for a 2019 elk hunt, stating, "The whole cost, Tag, License, Guide wage. $10800. Archery tags as you know from last year are a lot . . . We would need $7800 deposit."

5

21.    On or about August 9, 2019, a tag transfer packet was submitted to NMDGF requesting the medical transfer of ADAIR's father's drawn elk archery tag to TS that contained a NMDGF transfer agreement allegedly signed by TS.

22.    On or about August 16, 2019, DANIEL NICOLDS caused to be deposited a $7,800 check from TS to an account DANIEL NICOLDS controlled.

**Overt Acts in 2020**

23.    On or about February 29, 2020, prepaid debit cards ending in 4880, 3359, 1115, 6093, and 3182, among others, were activated.

24.    On or about March 10, 2020, an account was created on the NMDGF website for fictitious hunter "Dwight Olsen" with fabricated personal identifying information, which applied to draw a 2020 NM elk tag with requisite fees paid with prepaid debit card ending in 4880.

25.    On or about March 10, 2020, an account was created on the NMDGF website for fictitious hunter "Jerry Bartley" with fabricated personal identifying information, which applied to draw a 2020 NM elk tag with requisite fees paid with prepaid debit card ending in 3359.

26.    On or about March 10, 2020, an account was created at the NMDGF website for fictitious hunter "Donald Bonner" with fabricated personal identifying information, which applied to draw a 2020 NM elk tag with the requisite fees paid with prepaid debit card ending in 1115.

27.    On or about March 10, 2020, accounts were created at the NMDGF website for fictitious hunters "John Campbell" and "Vince Robinson" with fabricated personal identifying information, which applied to draw 2020 NM elk tags with the requisite fees paid with prepaid debit card ending in 3182.

28.    On or about March 10, 2020, an account was created on the NMDGF website for fictitious hunter "John Ferguson" with fabricated personal identifying information.

6

29.    On or about April 24, 2020, DANIEL NICOLDS texted TS asking him if he was interested in a landowner tag for the 2020 elk hunt.

30.    On or about May 8, 2020, a check for $2928.75 from JF was deposited to the bank BHO account.

31.    On or about May 16, 2020, DANIEL NICOLDS emailed JoM the invoice, itinerary and hunter checklist for a hunt. The invoice listed $16,347 total due to BHO, with $10,000 for "16D rifle elk tag (guaranteed tag) Oct 17-21."

32.    On or about May 27, 2020, a $10,847 check from JoM was deposited to the BHO account.

33.    On or about May 28, 2020, DANIEL NICOLDS texted TS, "Unit 15 late archery tag, $7500. 16a late archery tag $9500 …. The 16a tags usually go for around 14000. I met a guy who has 2 of them. I'm hoping to get them every year because even if I don't have hunters who want them I can sell them and make some $$."

34.    On or about June 9, 2020, a $15,000 check from TS is deposited to the BHO account.

35.    On or about June 27, 2020, ADAIR and DANIEL NICOLDS discussed by text whether their client TG would likely die. ADAIR stated, "if he can't come I think we can transfer his tag can't we," to which DANIEL NICOLDS responded, "Yes."

36.    On or about July 5, 2020, ADAIR texted BP, stating, "I have a muzzleloader landowner tag available."

37.    On or about July 17, 2020, a transfer packet was submitted, allegedly by "Jerry Bartley," to NMDGF requesting the transfer of an elk tag to JF. The transfer packet included a fake letter from "Jerry Bartley," a fake doctor's note, and a fraudulent transfer agreement allegedly signed by JF.

7

38.    On or about July 22, 2020, a transfer packet was emailed, allegedly by "Dwight Olsen," to NMDGF requesting the transfer of an elk tag to JoM. The transfer packet included a fake letter from "Dwight Olsen," a fake doctor's note, and a fraudulent NMDGF transfer agreement allegedly signed by JoM.

39.    On or about July 23, 2020, an email, allegedly from "Donald Bonner," was sent to NMDGF requesting the transfer of an elk archery tag to TS. Attached was a fake note from Bonner, a fake doctor's note, and a fraudulent NMDGF transfer agreement allegedly signed by TS.

40.    On or about July 23, 2020, DANIEL NICOLDS texted RN, "We have a cancellation on a rifle hunter. Oct 24-28. Best unit in the state. 12900. The guaranteed tag itself usually sell for 15000 total cost is usually over 20000. Let me know if you have any interest."

41.    On or about July 24, 2020, DANIEL NICOLDS texted RN, "it was good speaking with you yesterday. Please send $6500 deposit to Daniel Nicolds PO Box 7 Luna NM 87824 Thanks"

42.    On or about July 29, 2020, a check for $6,500 from RN was deposited to the BHO account.

43.    On or about September 24, 2020, a $6,428.75 check from JF was deposited to the BHO account.

44.    On or about October 2, 2020, ADAIR and DANIEL NICOLDS received a text alerting them that TG had died. That same day, a transfer packet was submitted to NMDGF requesting the transfer of TG's elk tag to RN. Included in the transfer packet was a fake note from TG requesting the transfer, a fake doctor's note, and a NMDGF transfer agreement allegedly signed by RN.

8

45.    On or about October 14, 2020, a check for $6,900 from RN was deposited to the BHO account.

46.    On or about October 19, 2020, a $6,000 check from JoM was deposited to the BHO account.

47.    On or about November 3, 2020, ADAIR emailed a tag transfer packet to NMDGF requesting the transfer of ADAIR's own drawn muzzleloader elk tag to BP based on ADAIR's claimed medical disability and with BP's purported signature on the NMDGF transfer agreement.

**Overt Acts in 2021**

48.    On or about March 7, 2021, prepaid debit cards ending in 2656, 0678, 5068, 4160, 8413, 1376, 0211, 1719, 3667, 1642, and 1690, among others, were activated.

49.    On or about March 16, 2021, an account is created at the NMDGF website for fictitious hunter "Alvin Wilson" with fabricated personal identifying information, which applied to draw a 2021 NM elk tag with requisite fees paid with prepaid debit card ending in 2656.

50.    On or about March 16, 2021, an account was created on the NMDGF website for fictitious hunter "Kenneth Lloyd" with fabricated personal identifying information, which applied to draw a 2021 NM elk tag with requisite fees paid with prepaid debit card ending in 0678.

51.    On or about March 16, 2021, an account was created on the NMDGF website for fictitious hunter "Robert Narramore" with fabricated personal identifying information, which applied to draw a 2021 NM elk tag with requisite fees paid with prepaid debit card ending in 5068.

52.     On or about March 16, 2021, an account was created on the NMDGF website for fictitious hunter "Bill Leeds" with fabricated personal identifying information, which applied to draw a 2021 NM elk tag with requisite fees paid with prepaid debit card ending in 4160.

53.     On or about March 16, 2021, an account was created on the NMDGF website for fictitious hunter "Darryl Badonie" with fabricated personal identifying information, which applied to draw a 2021 NM elk tag with requisite fees paid with prepaid debit card ending in 8413.

54.     On or about March 16, 2021, an account was created on the NMDGF website for fictitious hunter "Clark Tallis" with fabricated personal identifying information, which applied to draw a 2021 NM elk tag with requisite fees paid with prepaid debit card ending in 1376.

55.     On or about March 16, 2021, an account was created on the NMDGF website for fictitious hunter "Grant Clawson" with fabricated personal identifying information, which applied to draw a 2021 NM elk tag with requisite fees paid with prepaid debit card ending in 0211.

56.     On or about March 16, 2021, accounts were created on the NMDGF website for fictitious hunters "Joe Nail," "Charles Kauzlaric," and "Ernest Neswood" with fabricated personal identifying information, which applied to draw 2021 NM elk tags with requisite fees paid with prepaid debit card ending in 1719.

57.     On or about March 16, 2021, accounts were created on the NMDGF website for fictitious hunters "Craig Olson" and "Phil Parkhurst" with fabricated personal identifying information, which applied to draw 2021 NM elk tags with requisite fees paid with prepaid debit card ending in 3667.

58.     On or about March 16, 2021, accounts were created on the NMDGF website for fictitious hunters "Ray Corpuz," "John Cherney," and "Donald Clark" with fabricated personal

10

identifying information, which applied to draw 2021 NM elk tags with requisite fees paid with prepaid debit card ending in 1642.

59. On or about March 16, 2021, accounts were created on the NMDGF website for fictitious hunters "Richard Johnson," "Jay Hinkley," "Kenneth Gaze," and "Jeffrey Garvin" with fabricated personal identifying information, which applied to draw 2021 NM elk tags with requisite fees paid with prepaid debit card ending in 1690.

60. On or about March 16, 2021, fictitious hunter "John Ferguson" (an account created in 2020 on the NMDGF website) was caused to apply to draw a 2021 NM elk tag with requisite fees paid with prepaid debit card ending in 6093 (a card activated in 2020).

61. On or about May 11, 2021, a check for $12,500 for "elk landowner tag" from JeM is deposited to the BHO account.

62. On or about May 18, 2021, a check for $6,500 for "elk hunt" from DW is deposited to the BHO account.

63. On or about July 7, 2021, DANIEL NICOLDS texted RN, "October 16-20. Rifle elk hunt. The guy paid 14000 for the tag. Now he has family issues says sell it quick. Total hunt, tag and license 13300. I am already obligated to hunt with someone else which sucks. But it is normally 20000. Let me know what you think."

64. On or about July 8, 2021, ADAIR emailed JoM a copy of an invoice for an elk hunt.

65. On or about July 13, 2021, a check for $10,000 from JoM was deposited to the BHO account.

66. On or about July 15, 2021, a check for $7,500 from RN was deposited to the BHO account.

67.    On or about August 17, 2021, a check for $8,500 from MF (CF's husband) is deposited to the BHO account.

68.    On or about August 27, 2021, a transfer packet was submitted, allegedly by "Kenneth Lloyd," to NMDGF requesting the transfer of an elk tag to JoM. The transfer packet included a fake letter from "Kenneth Lloyd," a fake doctor's note, and a fraudulent NMDGF transfer agreement allegedly signed by JoM.

69.    On approximately September 3, 2021, a transfer packet was submitted, allegedly by "John Ferguson," to NMDGF requesting the transfer of an elk tag to "Ted Morris," which was received by JeM. The transfer packet included a fake letter from "John Ferguson," a fake doctor's note, and a fraudulent transfer agreement allegedly signed by "Ted Morris."

70.    On approximately September 3, 2021, a transfer packet was submitted, allegedly by "Grant Clawson," to NMDGF requesting the transfer of an elk tag to DW. The transfer packet included a fake letter from "Grant Clawson," a fake doctor's note, and a fraudulent transfer agreement allegedly signed by DW.

71.    On or about September 16, 2021, ADAIR texted JeM, "got the tags taken care of, see you on the 22nd."

72.    On or about September 27, 2021, a transfer packet was emailed, allegedly by "Alvin Wilson," to NMDGF requesting the transfer of an elk tag to RN. The transfer packet included a fake note from "Alvin Wilson," a fake doctor's note, and a fraudulent NMDGF transfer agreement allegedly signed by RN.

73.    On or about September 27, 2021, LARY NICOLDS made a $186 payment on a loan through Goldenwest Credit Union using prepaid debit card ending in 1719.

74.    On or about September 28, 2021, ADAIR emailed DW, "Attached you will find your itinerary and hunter checklist please look them both over Thanks Dan"

12

75. On or about October 5, 2021, an email to NMDGF, purportedly from RN, provided a revised fake doctor's note to NMDGF.

76. On or about October 5, 2021, a transfer packet was submitted, allegedly by "Clark Tallis," to NMDGF requesting the transfer of an elk tag to CF. The transfer packet included a fake letter from "Clark Tallis," a fake doctor's note, and a fraudulent transfer agreement allegedly signed by CF.

77. In 2021, DH contacted LARY NICOLDS about obtaining a landowner tag to hunt elk in New Mexico. LARY NICOLDS agreed to sell him a tag for approximately $3,000.

78. On or about October 19, 2021, a transfer packet was submitted, allegedly by "Bill Leeds," to NMDGF requesting the transfer of an elk tag to DH. The transfer packet included a fake letter from "Bill Leeds," a fake doctor's note, and a fraudulent transfer agreement allegedly signed by DH.

79. On or about October 20, 2021, a $5,040 check from RN was deposited to the BHO account.

80. On or about October 20, 2021, a $5,500 check from JoM was deposited to the BHO account.

81. On or about October 20, 2021, a check for $5,500 from MF (CF's husband) was deposited to the BHO account.

82. On or about November 1, 2021, ADAIR emailed TC (NC's husband), offering a "New Mexico Bull Elk Hunt Cancellation Special . . . $10,900 . . . Call Dan at Big horn outfitters 928-245-0538."

83. On or about November 6, 2021, ADAIR emailed numerous potential hunters a flyer advertising late-season elk tags and guided hunts available, stating, "Big Horn Outfitters

13

ELK HUNT CANCELLATION SPECIAL! Why Wait Until Next year to Hunt Elk? Save Money and Hunt Big Bulls This Year! UNIT 15 BULL TAG INCLUDED!"

84. On or about November 10, 2021, LARY NICOLDS made a $300 payment on a loan through Goldenwest Credit Union using prepaid debit card ending in 1376.

85. On or about November 17, 2021, a transfer packet was emailed, allegedly by "Robert Narramore," to NMDGF requesting the transfer of an elk tag to DB. The transfer packet included a fake letter from "Robert Narramore," a fake doctor's note, and a fraudulent NMDGF transfer agreement allegedly signed by DB.

86. On or about November 17, 2021, a transfer packet was emailed, allegedly by "Darryl Badonie," to NMDGF requesting the transfer of an elk tag to NC. The transfer packet included a fake letter from "Darryl Badonie," a fake doctor's note, and a fraudulent transfer agreement allegedly signed by NC.

87. On or about November 24, 2021, a $10,027 check from NC was deposited to the BHO account.

88. On or about November 24, 2021, a $10,027 check from DB was deposited to the BHO account.

**Overt Acts in 2022**

89. From approximately December 2021 to January 2022, LARY NICOLDS made payments to OnlyFans.com using prepaid debit card ending in 1376.

90. On or about January 2, 2022, LARY NICOLDS made a $128.35 purchase at Amazon using prepaid debit card ending in 3667.

91. On or about January 26, 2022, LARY NICOLDS rented a suit at a men's clothing store in Logan, Utah for $139.10 using prepaid debit card ending in 8413.

14

92.     On or about January 27, 2022, LARY NICOLDS made a $50 payment for physical therapy services in Tooele, Utah using prepaid debit card ending in 6093.

93.     In or about 2022, LARY NICOLDS gave CC multiple prepaid debit cards, including cards ending in 1115, 3182, 4880, 1642, and 1690, which CC used to pay her utility bills and make purchases.

94.     On or about February 4, 2022, LARY NICOLDS emailed ADAIR a BHO fillable contract, stating, "I'll upload it to the website it (sic) that works for you."

95.     In or about March and April 2022, LARY NICOLDS made payments on his Apple.com account using prepaid debit card ending in 5068.

All in violation of 18 U.S.C. § 371.

Counts 2-6

## A. INTRODUCTION

96.     The Grand Jury adopts, realleges, and incorporates herein the Introduction section of the Indictment.

## B. THE SCHEME AND ARTIFICE

97.     From in or about 2019, and continuing until in or about 2022, in the District of New Mexico and elsewhere, the defendants, **DANIAL ADAIR, DANIEL NICOLDS,** and **LARY NICOLDS,** knowingly devised and intended to devise a scheme and artifice to defraud NMDGF and out-of-state hunters, and to obtain money by means of materially false and fraudulent pretenses, representations and promises, in that they fraudulently obtained elk tags from the NMDGF in-state resident draw, sold those tags to out-of-state hunters, fraudulently induced NMDGF to transfer the tags to the out-of-state hunters, and charged the hunters for outfitting services while hunting and harvesting elk with the invalid tags.

15

C. MANNER AND MEANS OF THE SCHEME

98.    The Grand Jury adopts, realleges, and incorporates herein the Manner and Means section of Count One of the Indictment as if set out fully herein.

D. EXECUTION OF THE SCHEME

99.    On or about the dates set forth below, in the District of New Mexico and elsewhere, the Defendants, for the purpose of executing the aforementioned scheme and artifice to defraud and to obtain money by material false and fraudulent representations, pretenses, and promises, did knowingly cause to be transmitted by means of wire communication in interstate commerce, the emails listed below:

| Count | Date | Wire Communication |
|---|---|---|
| 2 | 7/8/2021 | Email from DAN ADAIR at bighornoutfitters@ymail.com to JoM at Joe@jm-flooring.com, attaching invoice |
| 3 | 9/28/21 | Email from DAN ADAIR at bighornoutfitters@ymail.com to JeM at Moejet8@gmail.com, stating, "Attached you will find your hunter checklist and itinerary. Thanks Dan" |
| 4 | 9/28/21 | Email from DAN ADAIR at bighornoutfitters@ymail.com to RN at robbienestor@aol.com, stating, "Attached you will find your hunter checklist and itinerary. Thanks Dan" |
| 5 | 11/1/2021 | Email from DAN ADAIR at bighornoutfitters@ymail.com to TC at tcbuckshot@bendbroadband.com, stating, "New Mexico Bull Elk Hunt Cancellation Special Don't wait for next year . . . Call Dan at Big horn outfitters 928-245-0538" |
| 6 | 11/6/2021 | Email from DAN ADAIR at bighornoutfitters@ymail.com to numerous email addresses with subject, "Elk Hunt Cancellation Special," advertising the availability of Unit 15 bull tags and guiding services |

In violation of Title 18, United States Code, Sections 1343 and 2.

16

## Counts 7-11

100.    The Grand Jury adopts, realleges, and incorporates herein the Introduction section of the Indictment and the Manner and Means section of Count One of the Indictment as if set out fully herein.

101.    On or about the dates set forth below, in the District of New Mexico and elsewhere within the jurisdiction of the Court, the defendants, **DANIAL ADAIR, DANIEL NICOLDS,** and **LARY NICOLDS,** did knowingly engage in conduct that involved the sale, offer to sell, and intent to sell wildlife with a market value in excess of $350.00, to the hunters listed below, that is: in exchange for consideration, selling and offering to sell to out-of-state hunters 2021 NM elk tags fraudulently obtained from the NM resident draw, and outfitting and guiding services to hunt elk, knowing that said elk were taken in violation of and in a manner unlawful under the laws and regulations of the State of New Mexico.

| Count | Date | Out-of-State Hunter Purchasing NM Elk Tag and Outfitting Services from BHO | Payment |
|---|---|---|---|
| 7 | 5/11/2021 | JeM | $12,500 |
| 8 | 7/13/2021 | JoM | $10,000 |
| 9 | 7/15/2021 | RN | $7500 |
| 10 | 11/24/2021 | DB | $10,027 |
| 11 | 11/24/2021 | NC | $10,027 |

In violation of 16 U.S.C. §§ 3372(a)(1), 3372(c), and 3373(d)(1)(B), and 18 U.S.C. § 2.

## Count 12

A. INTRODUCTION

102.    The Grand Jury adopts, realleges, and incorporates herein the Introduction section of the Indictment as if set out fully herein.

17

## B. THE CONSPIRACY AND ITS OBJECTS

103.    From in or about 2019, and continuing through 2022, in the District of New Mexico and elsewhere, the defendants, **DANIAL ADAIR** and **DANIEL NICOLDS**, did unlawfully, voluntarily, intentionally, and knowingly combine, conspire, confederate, agree, and acted interdependently with one another and with others known and unknown to the Grand Jury, to defraud the United States for the purpose of impeding, impairing, obstructing, and defeating the lawful government functions of the Internal Revenue Service (IRS) in the ascertainment, computation, assessment and collection of revenue, to wit, individual and partnership income taxes.

## C. PURPOSE OF THE CONSPIRACY

104.    ADAIR and DANIEL NICOLDS sought to enrich themselves by fraudulently obtaining elk tags from the NMDGF in-state resident draw, selling those tags to out-of-state hunters, fraudulently inducing NMDGF to transfer the tags to the out-of-state hunters, and charging the hunters for outfitting services, while guiding them on hunts and harvesting elk using the invalid tags. They worked to conceal the illegal fraud scheme, and to hide their resulting income from the IRS, by filing false partnership and individual tax returns with the IRS, that falsely reported material information, including amounts of income and tax due and owing.

## D. MANNER AND MEANS OF THE CONSPIRACY

105.    The Grand Jury adopts, realleges, and incorporates herein the Manner and Means section of Count One of the Indictment as if set out fully herein.

## E. ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of the conspiracy, and to effect the objects of the conspiracy, the following acts, among others, were committed in the District of New Mexico and elsewhere:

18

106.    Between January 1, 2020, and December 31, 2020, ADAIR AND DANIEL NICOLDS caused to be deposited to the account for BHO approximately $217,580.25 in gross receipts.

107.    Between August 13, 2020, and December 22, 2020, DANIEL NICOLDS issued approximately $43,000 in checks from the account of BHO payable to ADAIR.

108.    Between August 13, 2020, and December 22, 2020, ADAIR issued approximately $45,000 in checks from the account of BHO payable to DANIEL NICOLDS.

109.    On or before June 30, 2021, DANIEL NICOLDS provided a signed sheet of information to the tax preparer for BHO, stating that the "Gross income" for BHO during 2020 was $14,500.

110.    On or about August 4, 2021, ADAIR and DANIEL NICOLDS caused to be filed a false Form 1065, U.S. Return of Partnership Income, for tax year 2020 relating to BHO. The return was false in that it materially understated gross receipts for the partnership.

111.    Between January 1, 2021, and December 31, 2021, ADAIR and DANIEL NICOLDS caused to be deposited to the checking account of BHO approximately $264,769.25 in gross receipts.

112.    On or about February 15, 2021, DANIEL NICOLDS caused to be filed a false Form 1040, U.S. Individual Income Tax Return, for tax year 2020. The return was false in that it materially understated income.

113.    On or about February 27, 2021, ADAIR caused to be filed a false Form 1040, U.S. Individual Income Tax Return, for tax year 2020. The return was false in that it materially understated income.

114.    On or about April 4, 2022, ADAIR caused to be filed a false Form 1040, U.S. Individual Income Tax Return, for tax year 2021. The return was false in that it materially understated income.

115.    On or about April 4, 2022, DANIEL NICOLDS caused to be filed a false Form 1040, U.S. Individual Income Tax Return, for tax year 2021. The return was false in that it materially understated income.

116.    On or about July 5, 2022, DANIEL NICOLDS sent a text message to ADAIR stating, "Let's do big horn taxes tomorrow," to which ADAIR responded, "Ok."

117.    On or about July 6, 2022, ADAIR sent a text message to DANIEL NICOLDS stating, "You want to work on taxes after lunch," to which DANIEL NICOLDS responded, "Sure."

118.    On or about September 7, 2022, DANIEL NICOLDS sent an email from dnicolds@yahoo.com, to BHO's tax preparer, stating, "James, Here are the numbers, Gross Income. $53,275."

119.    On or about September 7, 2022, ADAIR and DANIEL NICOLDS caused to be filed a false Form 1065, U.S. Return of Partnership Income, for tax year 2021 relating to BHO. The return was false in that it materially understated gross receipts for the partnership.

In violation of 18 U.S.C. § 371.

## FORFEITURE ALLEGATION

120.    Pursuant to Title 18, United States Code, Section 981(a)(1)(C), through application of Title 28, United States Code, Section 2461(c), the United States gives notice to defendants, **DANIAL ADAIR, DANIEL NICOLDS,** and **LARY NICOLDS**, that upon conviction of a violation of Title 18, United States Code, Sections 371 or 1343 (Counts 1-6), all

property, real or personal, which constitutes or is derived from proceeds traceable to such offenses, is subject to forfeiture.

121.    Pursuant to Title 18, United States Code, Section 3374, through application of Title 28, United States Code, Section 2461(c), the United States gives notice to defendants, **DANIAL ADAIR, DANIEL NICOLDS,** and **LARY NICOLDS,** that in the event of conviction of a violation of Title 16, United States Code, Section 3372 (Counts 7-11), the following is subject to forfeiture:

(1)    all fish or wildlife or plants bred, possessed, imported, exported, transported, sold, received, acquired, or purchased; and

(2)    all vessels, vehicles, aircraft, and other equipment used to aid in the importing, exporting, transporting, selling, receiving, acquiring, or purchasing of such fish or wildlife or plants.

### Money Judgment and Substitute Assets

122.    The United States gives notice that it will seek a money judgment against each of the Defendants. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exist, the United States will seek to forfeit any other property of each Defendant in substitution up to the amount of the money judgment against that Defendant.

A TRUE BILL:

/s/_____
FOREPERSON OF THE GRAND JURY

Robert S. Johnson
Assistant United States Attorney

21